

December 31, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/31/2015 10:47:36 AM

1st Court of Appeals

CauseNo.  140772201610PHER A. PRINE
Clerk

301FANNIN STREET, ROOM 208
HOUSTON, TX  77002

262ND DIISTRICT COURT

DERRICK DESHAWN GILBERT
Vs.
The State of Texas

Dear Sir or Madam:

Please be advised that the defendant in the above styled and numbered cause received his/her statement(s) of facts on 12/14/2015.

Trusting this information will prove helpful, I remain…..

Sincerely,

By**:  s/s Paula Gibson                        , Deputy**
Criminal Post Trial